**FILED**
OCT 1 5 2018
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| **RONCAR ENTERPRISES, LLC** <br> *Plaintiff* <br><br> v. <br><br> **DEPOSITORS INSURANCE COMPANY** <br> *Defendants* | § § § § § § § § § § § | CIVIL NO. 6:17-CV-00311-ADA |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the above-entitled cause of action. Plaintiff and Defendant filed an Agreed Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on October 12, 2018 (Document No. 7). The Court has reviewed the Agreed Stipulation and is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** and that this case is closed.

**SIGNED** this 15th day of October, 2018.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE